```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 05460
   TARI THALEEN WATSON
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9378

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/12/2006 and was confirmed 07/24/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME                  CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                   PAID            PAID
------------------------------------------------------------------------------
AREAWIDE CELLULAR              UNSECURED        NOT FILED             .00             .00
CBT ASPIRE                     UNSECURED        NOT FILED             .00             .00
CAPITAL ONE                    UNSECURED           201.06             .00             .00
CAPITAL ONE                    UNSECURED           560.91             .00             .00
CAPITAL ONE                    UNSECURED        NOT FILED             .00             .00
CAPITAL ONE                    UNSECURED        NOT FILED             .00             .00
CELLULAR ONE                   UNSECURED        NOT FILED             .00             .00
FMBM CREDIT ONE BANK           UNSECURED        NOT FILED             .00             .00
FST PREMIER                    UNSECURED        NOT FILED             .00             .00
JC PENNEY                      UNSECURED        NOT FILED             .00             .00
GREAT AMERICAN FINANCE         UNSECURED           866.40             .00             .00
ECAST SETTLEMENT CORP          UNSECURED           506.28             .00             .00
HSBC BANK NEVADA NA            UNSECURED           391.35             .00             .00
HSBC NV                        UNSECURED        NOT FILED             .00             .00
MERRICK BANK                   UNSECURED           761.15             .00             .00
NCO FINANCIAL                  UNSECURED          1086.72             .00             .00
PAY DAY OK                     UNSECURED        NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE       UNSECURED           903.84             .00             .00
SBC ILLINOIS                   UNSECURED        NOT FILED             .00             .00
TCF NATIONAL BANK              UNSECURED        NOT FILED             .00             .00
TCF NATIONAL BANK              UNSECURED           355.05             .00             .00
UNITED CASH LOANS              UNSECURED        NOT FILED             .00             .00
GREAT AMERICAN FINANCE         SECURED NOT I      457.76              .00             .00
GREAT AMERICAN FINANCE         SECURED NOT I      392.56              .00             .00
CAPITAL ONE                    SECURED NOT I      104.78              .00             .00
ASPIRE                         UNSECURED          1508.53             .00             .00
GREAT AMERICAN FINANCE         SECURED            849.00            55.42          345.10
LVNV FUNDING LLC               UNSECURED           369.83             .00             .00
MELVIN J KAPLAN                DEBTOR ATTY      3,000.00                         1,388.92
TOM VAUGHN                     TRUSTEE                                             100.56
DEBTOR REFUND                  REFUND                                                 .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05460 TARI THALEEN WATSON
```

Summary of Receipts and Disbursements:

```
                               RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                        1,890.00

PRIORITY                                                       .00
SECURED                                                     345.10
    INTEREST                                                 55.42
UNSECURED                                                      .00
ADMINISTRATIVE                                            1,388.92
TRUSTEE COMPENSATION                                        100.56
DEBTOR REFUND                                                  .00
                             ---------------       ---------------
TOTALS                         1,890.00                   1,890.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08                   /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE